| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

KARL A. BOYTER, §
§
    Plaintiff, §
§
v. §    CIVIL ACTION H-10-3252
§
BELINDA SMITH, *ET AL.*, §
§
    Defendants. §

## Opinion on Dismissal

On Karl A. Boyter's motion (9), this case is dismissed. The fee collection order is vacated. No more withdrawals will be made from the prison trust fund account of Boyter, TDCJ 1582369, to collect the filing fee. The clerk will send a copy of this order to the Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629, Fax: 936-437-4793.

Signed _April 15_, 2011, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge